NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

HILLSBOROUGH COUNTY BOARD )
OF COUNTY COMMISSIONERS, )
)
     Petitioner, )
)
v. )     Case No. 2D18-5121
)
WILLIAM F. SUTTON FAMILY, LLP, )
WILLIAM SUTTON, JR., and CAROL )
SUTTON, )
)
     Respondents. )
_____)

Opinion filed May 24, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County; Robert A.
Foster, Jr., Judge.

Louis Whitehead, III, of Hillsborough County
Attorney's Office, Tampa, for Petitioner.

Hala A. Sandridge and Andrea E. Zelman of
Buchanan, Ingersoll, & Rooney, P.C.,
Tampa, for Respondents.


PER CURIAM.


     Denied.


NORTHCUTT, SILBERMAN, and BADALAMENTI, JJ., Concur.